# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 20-7064                                September Term, 2020

1:20-cv-01425-UNA

**Filed On:** December 2, 2020

Brud Rudolph Rossman,
            Appellant

            v.

Miriam Sewell, Rehabilitation Services
Administration, et al.,
            Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:**     Millett and Pillard, Circuit Judges, and Sentelle, Senior Circuit
            Judge

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant.  See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's June 8, 2020 order dismissing appellant's complaint be affirmed.  The district court correctly concluded that appellant's complaint was frivolous.  See 28 U.S.C. § 1915(e)(2)(B); Hagans v. Lavine, 415 U.S. 528, 536-37 (1974).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:     /s/
        Michael C. McGrail
        Deputy Clerk